**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 96-4577

D.C. Docket No. 95-8285-CIV-KLR

SHARI L. LYES,

Plaintiff-Appellant,

versus

CITY OF RIVIERA BEACH, FLORIDA, CINTHIA
BECTON, et al.,

Defendants-Appellees.

--------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion November 5, 1997, 11th Cir., ___F.3rd___)

(March 11, 1998)

Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, HULL and MARCUS, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll
on the suggestion of rehearing en banc and a majority of the judges in this
court in active service having voted in favor of granting a rehearing en
banc,

IT IS ORDERED that the above cause shall be reheard by this
court en banc. The previous panel's opinion is hereby VACATED.

---

*Judge Rosemary Barkett has recused herself and will not participate.

Senior Judge Phyllis A. Kravitch has elected to participate in further
proceedings in this matter pursuant to 28 U.S.C. § 46(c).